**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

| | | |
|---|---|---|
| Joseph D. Petrolino, Jr.<br>Staff Attorney<br><br>Brian M. Knapp<br>Staff Attorney | 30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br><br>Phone 973-227-2840<br>Fax 973-227-3272 | For Payments Only:<br><br>PO BOX 520<br>MEMPHIS, TN  38101-0520 |

May 22, 2017

**Re: Standing Trustee's Notice of Distribution**
   **Case No: 16-28713**

On January 03, 2017 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MAY 22, 2017

**Chapter 13 Case # 16-28713**

Atty:   ROBERT L. SWEENEY

Re:    PETER JACKSON
       SIEW JACKSON
       669 BRIARCLIFF AVE
       MAYWOOD, NJ  07607

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $31,500.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/14/2016 | $500.00 | 17483946824 | 11/14/2016 | $25.00 | 17483946825 |
| 11/29/2016 | $525.00 | 24163980118 | 01/04/2017 | $525.00 | 24163988433 |
| 01/25/2017 | $525.00 | 24123716100 | 02/27/2017 | $525.00 | 24033679075 |
| 03/29/2017 | $525.00 | 24011015477 | 04/26/2017 | $525.00 | 24092463295 |

**Total Receipts: $3,675.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $3,675.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 216.86 | |
| ATTY | ATTORNEY | ADMIN | 1,500.00 | 100.00% | 1,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMFC | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | PORTFOLIO RECOVERY ASSOCIATES, L.L | UNSECURED | 4,657.29 | * | 0.00 | |
| 0003 | BARCLAY CARD SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 5,827.64 | * | 0.00 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 8,015.02 | * | 0.00 | |
| 0007 | CARE CREDIT SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | JPMORGAN CHASE BANK NA | MORTGAGE ARR | 420.41 | 100.00% | 0.00 | |
| 0009 | CHASE BP PRVT LBL | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CREDIT ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | DISNEY VACATION DEVELPMENT INC. | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | |
| 0012 | FINGERHUT ADVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | FIRESTONE - CREDIT FIRST NA | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | QUANTUM3 GROUP LLC | UNSECURED | 1,685.80 | * | 0.00 | |
| 0016 | AMERICAN HONDA FINANCE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0017 | UNITED STATES TREASURY/IRS | PRIORITY | 8,884.04 | 100.00% | 1,114.97 | |
| 0019 | QUANTUM3 GROUP LLC | UNSECURED | 7,692.42 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0021 | LOAN DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | MERRICK BANK | UNSECURED | 1,799.55 | * | 0.00 | |
| 0023 | MERRICK BANK | UNSECURED | 2,443.72 | * | 0.00 | |
| 0024 | WELLS FARGO BANK NA | UNSECURED | 646.65 | * | 0.00 | |
| 0025 | CERASTES LLC | UNSECURED | 14,097.64 | * | 0.00 | |
| 0027 | R US CREDIT CARD /SYNCB | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | SLS | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | |
| 0029 | CERASTES LLC | UNSECURED | 3,063.90 | * | 0.00 | |
| 0033 | TOYOTA MOTOR CREDIT CORPORATIO | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0034 | WFF NATL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | WALMART CREDIT CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | MIDLAND FUNDING LLC | UNSECURED | 497.13 | * | 0.00 | |
| 0037 | NJHESSAA | UNSECURED | 4,624.82 | * | 0.00 | |
| 0040 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,368.30 | * | 0.00 | |
| 0041 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,423.18 | * | 0.00 | |
| 0042 | LVNV FUNDING LLC | UNSECURED | 1,598.20 | * | 0.00 | |
| 0043 | LENDING CLUB | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | QUANTUM3 GROUP LLC | UNSECURED | 1,992.42 | * | 0.00 | |
| 0045 | LVNV FUNDING LLC | UNSECURED | 4,725.75 | * | 0.00 | |
| 0046 | CERASTES LLC | UNSECURED | 15,335.70 | * | 0.00 | |
| 0047 | UNITED STATES TREASURY/IRS | UNSECURED | 327.80 | * | 0.00 | |
| 0048 | CREDIT FIRST, N.A. | UNSECURED | 403.33 | * | 0.00 | |
| 0049 | CACH LLC | UNSECURED | 15,082.33 | * | 0.00 | |
| 0050 | CAVALRY SPV I LLC | UNSECURED | 2,198.17 | * | 0.00 | |
| 0051 | WELLS FARGO BANK NA | SECURED | 1,118.18 | 100.00% | 0.00 | |
| 0052 | LVNV FUNDING LLC | UNSECURED | 1,128.51 | * | 0.00 | |
| 0053 | STATE OF NJ | PRIORITY | 2,781.94 | 100.00% | 349.15 | |
| 0054 | STATE OF NJ | UNSECURED | 305.34 | * | 0.00 | |

**Total Paid: $3,180.98**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| STATE OF NJ | | | | | | | |
| | 03/13/2017 | $113.53 | 776745 | | 04/14/2017 | $117.81 | 778618 |
| | 05/15/2017 | $117.81 | 780516 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 03/13/2017 | $362.55 | 8000266 | | 04/14/2017 | $376.21 | 8000282 |
| | 05/15/2017 | $376.21 | 8000298 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: May 22, 2017.

Receipts: $3,675.00    -    Paid to Claims: $1,464.12    -    Admin Costs Paid: $1,716.86    =    Funds on Hand: $494.02

Base Plan Amount: $31,500.00    -    Receipts: $3,675.00    =    Total Unpaid Balance: **$27,825.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.