UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Lease Trust

In Re:
    Jackson, Peter
    Jackson, Siew

Order Filed on June 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:  16-28713 RG

Chapter: 13

Hearing Date: June 7, 2017

Judge: Rosemary Gambardella

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 15, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Lease Trust</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐     Real Property More Fully Described as:

■     Personal Property More Fully Describes as:

**2014 TOYOTA RAV4, VIN: 2T3DFREV4EW146350,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 16-28713-RG
Peter Jackson　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Siew Jackson
　　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Jun 15, 2017
　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2017.
db/jdb　　　　Peter Jackson,　Siew Jackson,　669 Briarcliff Ave,　Maywood, NJ　07607-1401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2017 at the address(es) listed below:
　　　　　Denise E. Carlon　　on behalf of Creditor　　Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　　Marie-Ann Greenberg　　magecf@magtrustee.com
　　　　　Nicholas V. Rogers　　on behalf of Creditor　　JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com
　　　　　Robert L. Sweeney　　on behalf of Joint Debtor Siew　Jackson rsweeneylaw@aol.com, G6120@notify.cincompass.com
　　　　　Robert L. Sweeney　　on behalf of Debtor Peter　Jackson rsweeneylaw@aol.com, G6120@notify.cincompass.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5