ROBERT L. SWEENEY
ROBERT L. SWEENEY, ESQ.
141 MAIN STREET, 2ND FLOOR
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
Chapter 13 Case # 16-28713

| Re: | PETER JACKSON | Atty: | ROBERT L. SWEENEY |
| | SIEW JACKSON | | ROBERT L. SWEENEY, ESQ. |
| | 669 BRIARCLIFF AVE | | 141 MAIN STREET, 2ND FLOOR |
| | MAYWOOD,  NJ  07607 | | HACKENSACK, NJ  07601 |

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $31,500.00**

## RECEIPTS AS OF 12/31/2017   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/14/2016 | $500.00 | 17483946824 | 11/14/2016 | $25.00 | 17483946825 |
| 11/29/2016 | $525.00 | 24163980118 | 01/04/2017 | $525.00 | 24163988433 |
| 01/25/2017 | $525.00 | 24123716100 | 02/27/2017 | $525.00 | 24033679075 |
| 03/29/2017 | $525.00 | 24011015477 | 04/26/2017 | $525.00 | 24092463295 |
| 05/26/2017 | $525.00 | 23706553836 | 06/26/2017 | $525.00 | 4067276000  - |
| 07/31/2017 | $525.00 | 4160292000  - | 08/28/2017 | $525.00 | 4232839000  - |
| 09/25/2017 | $525.00 | 4303761000  - | 10/24/2017 | $525.00 | 4383712000  - |
| 11/20/2017 | $525.00 | 4455754000  - | 12/27/2017 | $525.00 | 4544011000  - |

**Total Receipts: $7,875.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $7,875.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| STATE OF NJ | | | | | | |
| | 03/13/2017 | $113.53 | 776,745 | 04/14/2017 | $117.81 | 778,618 |
| | 05/15/2017 | $117.81 | 780,516 | 06/19/2017 | $235.61 | 782,548 |
| | 08/14/2017 | $117.81 | 786,235 | 09/25/2017 | $117.81 | 788,200 |
| | 10/16/2017 | $117.81 | 789,868 | 11/20/2017 | $122.69 | 791,736 |
| | 12/18/2017 | $117.81 | 793,604 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 03/13/2017 | $362.55 | 8,000,266 | 04/14/2017 | $376.21 | 8,000,282 |
| | 05/15/2017 | $376.21 | 8,000,298 | 06/19/2017 | $752.43 | 8,000,314 |
| | 08/14/2017 | $376.21 | 8,000,346 | 09/25/2017 | $376.21 | 8,000,362 |
| | 10/16/2017 | $376.21 | 8,000,378 | 11/20/2017 | $391.81 | 8,000,394 |
| | 12/18/2017 | $376.21 | 8,000,410 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 444.22 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,500.00 | 100.00% | 1,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMFC | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 16-28713**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0002 | PORTFOLIO RECOVERY ASSOCIATES, L.L | UNSECURED | 4,657.29 | * | 0.00 | |
| 0003 | BARCLAY CARD SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 5,827.64 | * | 0.00 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 8,015.02 | * | 0.00 | |
| 0007 | CARE CREDIT SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | JPMORGAN CHASE BANK NA | MORTGAGE ARRE | 420.41 | 100.00% | 0.00 | |
| 0009 | CHASE BP PRVT LBL | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CREDIT ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | DISNEY VACATION DEVELPMENT INC. | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0012 | FINGERHUT ADVANTAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | FIRESTONE - CREDIT FIRST NA | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | QUANTUM3 GROUP LLC | UNSECURED | 1,685.80 | * | 0.00 | |
| 0016 | AMERICAN HONDA FINANCE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0017 | UNITED STATES TREASURY/IRS | PRIORITY | 8,884.04 | 100.00% | 3,764.05 | |
| 0019 | QUANTUM3 GROUP LLC | UNSECURED | 7,692.42 | * | 0.00 | |
| 0021 | LOAN DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | MERRICK BANK | UNSECURED | 1,799.55 | * | 0.00 | |
| 0023 | MERRICK BANK | UNSECURED | 2,443.72 | * | 0.00 | |
| 0024 | WELLS FARGO BANK NA | UNSECURED | 646.65 | * | 0.00 | |
| 0025 | CERASTES LLC | UNSECURED | 14,097.64 | * | 0.00 | |
| 0027 | R US CREDIT CARD /SYNCB | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | SLS | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0029 | CERASTES LLC | UNSECURED | 3,063.90 | * | 0.00 | |
| 0033 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0034 | WFF NATL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | WALMART CREDIT CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | MIDLAND FUNDING LLC | UNSECURED | 497.13 | * | 0.00 | |
| 0037 | NJHESSAA | UNSECURED | 4,624.82 | * | 0.00 | |
| 0040 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,368.30 | * | 0.00 | |
| 0041 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,423.18 | * | 0.00 | |
| 0042 | LVNV FUNDING LLC | UNSECURED | 1,598.20 | * | 0.00 | |
| 0043 | LENDING CLUB | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | QUANTUM3 GROUP LLC | UNSECURED | 1,992.42 | * | 0.00 | |
| 0045 | LVNV FUNDING LLC | UNSECURED | 4,725.74 | * | 0.00 | |
| 0046 | CERASTES LLC | UNSECURED | 15,335.70 | * | 0.00 | |
| 0047 | UNITED STATES TREASURY/IRS | UNSECURED | 327.80 | * | 0.00 | |
| 0048 | CREDIT FIRST, N.A. | UNSECURED | 403.33 | * | 0.00 | |
| 0049 | CACH LLC | UNSECURED | 15,082.33 | * | 0.00 | |
| 0050 | CAVALRY SPV I LLC | UNSECURED | 2,198.17 | * | 0.00 | |
| 0051 | WELLS FARGO BANK NA | SECURED | 1,118.18 | 100.00% | 0.00 | |
| 0052 | LVNV FUNDING LLC | UNSECURED | 1,128.51 | * | 0.00 | |
| 0053 | STATE OF NJ | PRIORITY | 2,781.94 | 100.00% | 1,178.69 | |
| 0054 | STATE OF NJ | UNSECURED | 305.34 | * | 0.00 | |

**Total Paid: $6,886.96**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 10, 2018.

Receipts: $7,875.00    -    Paid to Claims: $4,942.74    -    Admin Costs Paid: $1,944.22    =    Funds on Hand: $988.04

**\*\*NOTE:** THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.