Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  16−28713−RG
                    Chapter:  13
                    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Peter Jackson | Siew Jackson |
|---|---|
| 669 Briarcliff Ave | 669 Briarcliff Ave |
| Maywood, NJ 07607−1401 | Maywood, NJ 07607−1401 |

Social Security No.:
  xxx−xx−3266                                     xxx−xx−2619

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/20/18 at 09:00 AM

to consider and act upon the following:

35 − Objection to (related document:33 Certification of Default of Standing Trustee. re: Debtors failure to provide tax returns and/or pay stubs Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/14/2018. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Robert L. Sweeney on behalf of Peter Jackson, Siew Jackson. (Attachments: # 1 Certificate of Service) (Sweeney, Robert)

Dated: 5/16/18

                                                      Jeanne Naughton
                                                     Clerk, U.S. Bankruptcy Court