Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 16−28713−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter Jackson                                     Siew Jackson
   669 Briarcliff Ave                             669 Briarcliff Ave
   Maywood, NJ 07607−1401            Maywood, NJ 07607−1401

Social Security No.:
   xxx−xx−3266                                    xxx−xx−2619

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/20/18 at 09:00 AM

to consider and act upon the following:

*35* − Objection to (related document:33 Certification of Default of Standing Trustee. re: Debtors failure to provide tax returns and/or pay stubs Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/14/2018. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Robert L. Sweeney on behalf of Peter Jackson, Siew Jackson. (Attachments: # 1 Certificate of Service) (Sweeney, Robert)

Dated: 5/16/18

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Peter Jackson  
Siew Jackson  
    Debtors

Case No. 16-28713-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 16, 2018  
                          Form ID: ntchrgbk    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.
```
db/jdb         Peter Jackson,    Siew Jackson,   669 Briarcliff Ave,    Maywood, NJ  07607-1401
cr            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 16 2018 23:51:20      Synchrony Bank,
               c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              Robert L. Sweeney    on behalf of Joint Debtor Siew  Jackson rsweeneylaw@aol.com,
               G6120@notify.cincompass.com
              Robert L. Sweeney    on behalf of Debtor Peter  Jackson rsweeneylaw@aol.com,
               G6120@notify.cincompass.com
                                                                                             TOTAL: 5
```