UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. Sweeney, Esq.  RS-1174
141 Main Street 2nd Floor
Hackensack, NJ 07601
P 201-488-0182

In Re:

Peter Jackson and Siew Jackson

Case No.:    ___16-28713-RG___

Judge:    _____Hon. Gambardella_____

Chapter:    13

## CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.    ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

A hearing has been scheduled for _____, at _____.

☒ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____8-19-2020_____, at __10:00 am_____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.    I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

Debtor went on disability in February 2018. Out for a year with spinal surgery, My doctor's opinion was I could not work. Applied for and was approved for SSDI. put in retirement Feb 2019. Took lump sum distribution of pension of $322579.22 of that $64515.84 was taken in fed taxes. Leaving $258063.38 which was placed in annuities and mutual funds. Filed 1040 on my own and then amended return filed on our behalf by accountant. Co-Debtor was out of one of her jobs for 5 months due to Covid losing approximately $2000.00 per month. Will submit additional tax documents as requested

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: ___8-12-2020_____          __/s/ Peter Jackson_____
                                                                              Debtor=s Signature

Date: ___8-12-2020_____          _/s/ Siew Jackson_____
                                                                              Debtor=s Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*