| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | **Order Filed on August 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN RE:<br><br>　　PETER JACKSON<br>　　SIEW JACKSON | Case No.:  16-28713 RG<br><br>Hearing Date:  8/19/2020 |

### INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 20, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Rosemary Gambardella
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Debtor(s): PETER JACKSON
SIEW JACKSON

Case No.: 16-28713

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

THIS MATTER having come before the Court on 08/19/2020 on notice to ROBERT L. SWEENEY, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an amended Schedule I & J by 8/31/2020; and it is further

- ORDERED, that if the Court's Docket does not reflect an amended Schedule I & J has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must provide the Trustee with copies of all Forms utilized to report debtors' income on their 2019 Tax Return, including but not limited to, all W-2s, 1099s, etc by 8/31/20 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) must provide paper trail that reflects all withdrawals and subsequent deposits of any and all retirement assets by 8/31/20 or the case will be dismissed; and it is further

- ORDERED, that the Motion will be adjourned to 9/2/2020 at 10:00 a.m.