**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    PETER JACKSON
    SIEW JACKSON

Order Filed on August 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  16-28713 RG**

**Hearing Date:  8/19/2020**

## INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 20, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  PETER JACKSON
            SIEW JACKSON

Case No.:  16-28713

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

THIS MATTER having come before the Court on 08/19/2020 on notice to ROBERT L. SWEENEY, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an amended Schedule I & J by 8/31/2020; and it is further

- ORDERED, that if the Court's Docket does not reflect an amended Schedule I & J has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must provide the Trustee with copies of all Forms utilized to report debtors' income on their 2019 Tax Return, including but not limited to, all W-2s, 1099s, etc by 8/31/20 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) must provide paper trail that reflects all withdrawals and subsequent deposits of any and all retirement assets by 8/31/20 or the case will be dismissed; and it is further

- ORDERED, that the Motion will be adjourned to 9/2/2020 at 10:00 a.m.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-28713-RG
Peter Jackson                                                   Chapter 13
Siew Jackson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Aug 21, 2020
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2020.
db/jdb        Peter Jackson,    Siew Jackson,    669 Briarcliff Ave,    Maywood, NJ 07607-1401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2020 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Robert L. Sweeney    on behalf of Joint Debtor Siew  Jackson rsweeneylaw@aol.com,
           G6120@notify.cincompass.com
          Robert L. Sweeney    on behalf of Debtor Peter  Jackson rsweeneylaw@aol.com,
           G6120@notify.cincompass.com
                                                                                      TOTAL: 5