Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16–28713–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Peter Jackson<br>669 Briarcliff Ave<br>Maywood, NJ 07607–1401 | Siew Jackson<br>669 Briarcliff Ave<br>Maywood, NJ 07607–1401 |

Social Security No.:
  xxx–xx–3266                          xxx–xx–2619

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/21/21 at 10:00 AM

to consider and act upon the following:

**57** – Certification in Opposition to (related document:55 Certification of Default of Standing Trustee. re: Debtors failure to provide tax returns and/or pay stubs Report. Filed by Marie–Ann Greenberg. Objection deadline is 6/7/2021. (Attachments: # 1 Certification of Default Generic – Proposed Order) filed by Trustee Marie–Ann Greenberg) filed by Robert L. Sweeney on behalf of Peter Jackson, Siew Jackson. (Attachments: # 1 Certificate of Service) (Sweeney, Robert)

Dated: 6/8/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court