UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Peter Jackson and Siew Jackson

Case No.: 16-28713-RG

Chapter: Ch 13

Judge: Hon. Gambardella

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Peter Jackson, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10/26/21

Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a **completed** Certification in Support of Discharge.

rev. 8/1/18

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Peter Jackson and Siew Jackson

Case No.: 16-28713-RG
Chapter: Ch 13
Judge: Hon. Gambardella

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Siew Jackson, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10/26/21

Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev. 8/1/18