Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  16−28713−RG
                        Chapter:  13
                        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Peter Jackson | Siew Jackson |
| 669 Briarcliff Ave | 669 Briarcliff Ave |
| Maywood, NJ 07607−1401 | Maywood, NJ 07607−1401 |

Social Security No.:
  xxx−xx−3266                                  xxx−xx−2619

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 3, 2022                    Rosemary Gambardella
                                                Judge, United States Bankruptcy Court