UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on July 15, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Peter Jackson and Siew Jackson

Case No.:     16-28713-RG

Chapter:     13

Hearing Date:     _____

Judge:     Michael B. Kaplan

# ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: July 15, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having heard the motion filed by _____CACH, LLC_____, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of _____$2,297.25_____ will be forwarded to _____CACH, LLC c/o Dilks & Knopik, LLC_____ at the following address:

CACH, LLC c/o Dilks & Knopik, LLC

35308 SE Center Street

Snoqualmie WA 98065

*new.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 16-28713-RG
Peter Jackson  Chapter 13
Siew Jackson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 1
Date Rcvd: Jul 15, 2022 | Form ID: pdf903 | Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Peter Jackson, Siew Jackson, 669 Briarcliff Ave, Maywood, NJ 07607-1401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor CACH LLC jschwartz@mesterschwartz.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Robert L. Sweeney | on behalf of Joint Debtor Siew Jackson rsweeneylaw@aol.com G6120@notify.cincompass.com |
| Robert L. Sweeney | on behalf of Debtor Peter Jackson rsweeneylaw@aol.com G6120@notify.cincompass.com |

TOTAL: 6